1  BENJAMIN B. WAGNER
   United States Attorney
2  RICHARD M. ELIAS
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 UNIFIED STATES OF AMERICA,           ) 1:11-CV-00304-OWW-SKO
                                        )
12         Plaintiff,                   ) **APPLICATION AND ORDER FOR**
                                        ) **PUBLICATION**
13     v.                               )
                                        )
14 REAL PROPERTY LOCATED AT 6415        )
   NORTH HARRISON AVENUE, FRESNO,       )
15 FRESNO COUNTY, CALIFORNIA,           )
   APN: 407-751-08, INCLUDING ALL       )
16 APPURTENANCES AND                    )
   IMPROVEMENTS THERETO,                )
17                                      )
           Defendant.                   )
18 _____ )

19     The United States of America, Plaintiff herein, applies for an order of publication as follows:

20     1.   Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset

21 Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public

22 notice of the action and arrest to be given in a newspaper of general circulation or on the official

23 internet government forfeiture site;

24     2.   Local Rule 171, Eastern District of California, provides that the Court shall designate

25 by order the appropriate newspaper or other vehicle for publication;

26     3.   The defendant real property is located in the city of Fresno, in Fresno County,

27 California;

28 ///

APPLICATION AND ORDER FOR PUBLICATION          1

1      4.    Plaintiff proposes that publication be made as follows:

2          a.    One publication;

3          b.    For thirty (30) consecutive days;

4          c.    On the official internet government forfeiture site www.forfeiture.gov;

5          d.    The publication is to include the following:

6              (1)    The Court and case number of the action;

7              (2)    The date of posting of the real property;

8              (3)    The identity and/or description of the real property posted;

9              (4)    The name and address of the attorney for the Plaintiff;

10-13     (5)    A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

14-17     (6)    A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 21 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated:  February 22, 2011        BENJAMIN B. WAGNER  
                                               United States Attorney

                                               /s/ Alyson A. Berg for  
                                               RICHARD M. ELIAS  
                                               Assistant United States Attorney

IT IS SO ORDERED.

**Dated:  March 30, 2011**                   /s/ Sheila K. Oberto  
                                                UNITED STATES MAGISTRATE JUDGE