1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>REAL PROPERTY LOCATED AT 6415 NORTH HARRISON AVE., FRESNO, FRESNO COUNTY, CA. APN: 407-751-08, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>     Defendant.<br><br>BOK HEE EE AND JUDY EE,<br><br>     Claimants. | Case No. 11-CV-00304-OWW-GSA<br><br>[ORDER GRANTING MOTION TO FILE AFFIDAVITS AND EXHIBIT UNDER SEAL |

Upon application of Claimant Bok Hee Ee to file under seal affidavits and exhibits supporting attorney Brenda Grantland's motion to withdraw as counsel and for the appointment of Kristin Door as counsel for Bok Hee Ee pursuant to 18 U.S.C. § 983(b)(2)(a), this Court finds that the documents contain financial information and other sensitive information related to the client attorney relationship.

Wherefore the Court orders that the documents will be filed under seal:

1

(1) Declaration of Counsel, Brenda Grantland, in Support of Motion to Withdraw as Counsel for Bok Hee Ee and for the Appointment of Kristin Door as Substitute Counsel, lodged for filing under seal on 7/7/2001

(2) Declaration of Bok Hee Ee in Support of Motion for Appointment of Counsel, lodged for filing under seal on 7/7/2001

(3) CJA Affidavit of Bok Hee Ee, lodged for filing under seal on 7/7/2001

(4) Bok Hee Ee's credit report, lodged for filing under seal on 7/7/2001

(5) Second Declaration of Counsel, Brenda Grantland, in Support of Motion to Withdraw as Counsel for Bok Hee Ee and for the Appointment of Kristin Door as Substitute Counsel, lodged for filing under seal on 7/22/2001.

IT IS SO ORDERED.

Dated:   **July 26, 2011**        /s/ **Gary S. Austin**
                                 UNITED STATES MAGISTRATE JUDGE

2