UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REAL PROPERTY LOCATED AT 6415 NORTH HARRISON AVE., FRESNO, FRESNO COUNTY, CA. APN: 407-751-08, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>　　　　Defendant.<br><br>BOK HEE EE AND JUDY EE,<br><br>　　　　Claimants. | Case No. 11-CV-00304-OWW-GSA<br><br>ORDER DENYING REQUEST TO FILE AFFIDAVIT UNDER SEAL |

On August 9, 2011, Claimant Bok Hee Ee ("Claimant") made a request to file her second declaration dated August 8, 2011 under seal on the basis that it contains "sensitive and confidential information." (Doc. 36). The Court has reviewed this declaration and it appears that it does not contain information warranting a sealing order. LR 141(b) requires that "[t]he request to seal documents shall set forth the statutory or other authority for sealing. LR 141(b). Claimant has provided no such authority.

1

1  The Court notes that the last group of documents that were sealed in this case contained
2 Claimant's financial information including a social security number and bank account numbers.
3 However, the instant declaration does not contain similar information. As such, Plaintiff's request
4 to file Claimant's affidavit is DENIED WITHOUT PREJUDICE. Plaintiff may either resubmit the
5 request with the appropriate supporting legal authority, or alternatively, file the document
6 electronically pursuant to LR 133(a). Claimant is advised that the declaration will not be considered
7 by the Court until it is filed in accordance with one of these procedures.

   IT IS SO ORDERED.

   Dated:   **August 10, 2011**              /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

2