BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:11-CV-00304-BAM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO TEMPORARILY SUSPEND FURTHER DATES CONTAINED IN SCHEDULING CONFERENCE ORDER** |
| v. | |
| REAL PROPERTY LOCATED AT 6415 NORTH HARRISON AVENUE, FRESNO, FRESNO COUNTY, CALIFORNIA, APN: 407-751-08, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and | |
| 2005 MERCEDES-BENZ E500, LICENSE: 5KRF178, VIN: WDBU70J85A664340, | ) Honorable Barbara A. McAuliffe |
| Defendants. | |

The United States of America and Claimants Bok Hee Ee and Judy Ee, by and through their respective counsel, hereby stipulate as follows:

1. Pursuant to the Order After the July 31, 2012 Telephonic Status Conference (Docket #78) the parties engaged in a telephonic meet and confer on Thursday, August 9, 2012.

2. As the parties continue to work toward resolving the outstanding discovery issues, the

parties, during the August 9, 2012 telephonic meet and confer, agreed that:

    a. No new discovery requests will be exchanged between the parties until the current discovery issues are resolved, and the currently pending (but on hold) Motion to Stay, Motion to Compel, and Motion for Protective Order are resolved;

    b. All dates listed in the Scheduling Conference Order (Docket # 64) are temporarily suspended until the current discovery issues are resolved, and the currently pending (but on hold) Motion to Stay, Motion to Compel, and Motion for Protective Order are resolved;

    c. Thereafter, the parties, by stipulation and with assistance from the court, will re-schedule all the suspended dates listed in the Scheduling Conference Order.

THEREFORE, the parties to this action stipulate and request as follows:

    1. No new discovery requests will be exchanged between the parties until the current discovery issues are resolved, and the currently pending (but on hold) Motion to Stay, Motion to Compel, and Motion for Protective Order are resolved;

    2. All dates listed in the Scheduling Conference Order (Docket # 64) are temporarily suspended until the current discovery issues are resolved and the currently pending (but on hold) Motion to Stay, Motion to Compel, and Motion for Protective Order are resolved;

    3. Thereafter, the parties, by stipulation and with assistance from the court, will re-schedule all the suspended dates listed in the Scheduling Conference Order.

///

///

///

Stipulation to Temporarily Suspend Further Dates Contained in Scheduling Conference Order

Respectfully submitted,

Dated: August 14, 2012

BENJAMIN B. WAGNER
United States Attorney


/s/ Heather Mardel Jones
HEATHER MARDEL JONES
Assistant United States Attorney

Dated: August 14, 2012

/s/ Brenda Grantland
BRENDA GRANTLAND
Attorneys for Claimants
Bok Hee Ee and Judy E

**ORDER**

For good cause shown, the Court GRANTS the Parties' Stipulation to suspend the dates provided in the November 17, 2011 Scheduling Order (Doc. 64). The Court reminds the parties of their obligation to fully comply with the Court's July 31, 2012 order (Doc. 78), requiring the parties submit a joint statement, no later than August 20, 2012, narrowing the issues for the Court's consideration with respect to Plaintiff's Motion to Stay (Doc. 70), Claimants' Motion to Compel (Doc. 71), and Claimants' Motion for a Protective Order (Doc. 75).

IT IS SO ORDERED.

Dated:   **August 19, 2012**         /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE