IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REAL PROPERTY LOCATED AT 6415 NORTH HARRISON AVENUE, FRESNO, FRESNO COUNTY, CALIFORNIA, APN: 407-751-08, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, AND<br><br>2005 MERCEDES-BENZ E500, LICENSE: 5KRF178, VIN: WDBU70J85A664340,<br><br>　　　　Defendants. | 1:11-CV-00304-LJO-BAM<br><br><br><br><br>**ORDER EXTENDING STAY** |

Pursuant to the status report filed by the United States on April 15, 2015 (Doc. 92) the currently imposed stay shall remain in effect until July 14, 2015.  **No later than July 7, 2015**, the United States shall file a status report informing the court of the status of the related criminal action and whether a continuation of the stay is necessary.

///

///

///

1

1 | The government shall advise the Court forthwith if the related criminal proceedings
2 | resolve prior to the next filing deadline.
3 |
4 | IT IS SO ORDERED.
5 |    Dated: **April 17, 2015**         /s/ *Barbara A. McAuliffe*
6 |                                                 UNITED STATES MAGISTRATE JUDGE