BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>REAL PROPERTY LOCATED AT 6415 )<br>NORTH HARRISON AVENUE, )<br>FRESNO, FRESNO COUNTY, )<br>CALIFORNIA, APN: 407-751-08, )<br>INCLUDING ALL APPURTENANCES )<br>AND IMPROVEMENTS THERETO, )<br>AND, )<br>)<br>2005 MERCEDES-BENZ E500, )<br>LICENSE: 5KRF178, VIN: )<br>WDBU70J85A664340, )<br>)<br>Defendants. )<br>_____ ) | Case No. 1:11-CV-00304-BAM<br><br>**STATUS REPORT RE: STAY OF CIVIL FORFEITURE PROCEEDINGS**<br><br>**ORDER LIFTING STAY AND SETTING STATUS CONFERENCE** |

The United States of America provides the following status report regarding the currently imposed stay of the civil forfeiture proceedings, as follows:

1. On September 21, 2012, the Court stayed the instant matter pursuant to 18 U.S.C. § 981(g)(1) pending the conclusion of the related criminal matter, *United States v. Kwan Yong Choi*, 1: 10-CR-00206-AWI (E.D. Cal.).  ECF No. 85.

2. Defendant Kwan Yong Choi entered an open plea of guilt to the entire indictment on

February 10, 2014.  *See* ECF No. 18 in *United States v. Kwan Yong Choi*, 1: 10-CR-00206-AWI (E.D. Cal.)(the "Criminal Case").  He was sentenced to 36 months incarceration, $2,161,095.00 in restitution, and a $600 special assessment on July 21, 2014.  *See* Criminal Case ECF No. 32.

3. On July 31, 2014, Choi filed a notice of appeal of the sentence.  *See* Criminal Case ECF No. 41.  The sentence was affirmed on June 22, 2015.  *See* Criminal Case ECF No. 47.  Although the mandate has not issued, the United States believes that the Ninth Circuit ruling should conclude the criminal case.

4. The United States requests that the Court lift the stay and schedule a Status Conference in roughly 180 days.  The parties have begun settlement discussions.  Depending on the success of informal settlement discussions, the parties may request that the Court set a settlement conference in advance of the Status Conference.

5. Otherwise, the parties will meet and confer, discuss the status of discovery going forward, and file a Joint Status Report regarding future discovery, including suggested scheduling dates, one week prior to the Status Conference.

Dated: July 7, 2015                               BENJAMIN B. WAGNER
                                                  United States Attorney


                                                  /s/ Jeffrey A. Spivak
                                                  JEFFREY A. SPIVAK
                                                  Assistant United States Attorney

## ORDER

Pursuant to the above status report, the STAY is hereby LIFTED.  A Status Conference is hereby set for **February 2, 2016**.  One week prior to the Status Conference, by January 26, 2016, the parties shall meet and confer and submit a Joint Status Report.
IT IS SO ORDERED.

Dated:   **July 15, 2015**            /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE