BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>REAL PROPERTY LOCATED AT 6415 NORTH HARRISON AVENUE, FRESNO, FRESNO COUNTY, CALIFORNIA, APN: 407-751-08, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, AND,<br><br>2005 MERCEDES-BENZ E500, LICENSE: 5KRF178, VIN: WDBU70J85A664340,<br><br>    Defendants. | Case No. 1:11-CV-00304-BAM<br><br>**ORDER DENYING STIPULATION AND REQUEST TO CONTINUE STATUS CONFERENCE** |

The United States of America, Claimant Bok Hee Ee ("Bok Hee Ee"), Claimant Judy Ee ("Judy Ee") and Claimant Bank of the West ("Bank of the West" and, together with Bok He Ee and Judy Ee, collectively, the "Claimants"),by and through their respective counsel, stipulate and request that the Court continue the mandatory scheduling conference presently set for February 2, 2016, at 8:30 a.m. to March 8, 2016, at 8:30 a.m. (or to a date and time as the Court deems appropriate), and the deadline to file a joint scheduling report to March 1,2016.

///

1

The parties have been involved in meaningful settlement discussions. On January 26, 2016, the United States circulated a draft settlement agreement. The agreement has been accepted by Bok Hee Ee and Judy Ee, and the parties are awaiting Claimant Bank of the West's review and approval of the settlement (counsel for Bank of the West has communicated the offer to his client and is awaiting response). The parties believe that a settlement should be accomplished within the next 30 days and request that the February 2, 2016, Scheduling Conference be continued to March 8, 2016 to allow settlement negotiations to materialize.

Dated: January 28, 2016   BENJAMIN B. WAGNER
United States Attorney

/s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: January 28, 2016   /s/ Brenda Grantland
BRENDA GRANTLAND
Attorney for Bok Hee Ee and Judy Ee

Dated: January 28, 2016   /s/ Homan Mobasser
HOMAN MOBASSER
Attorney for Bank of the West

## ORDER

The Parties' above Stipulation and Proposed Order to continue the Status Conference is **DENIED.** (Doc. 98). The Status Conference set for February 2, 2016 at 8:30 am before Judge Barbara A. McAuliffe will **REMAIN** on the calendar as set. At the Status Conference, the parties should be prepared to discuss the status of settlement and a submission date for the dispositive documents in this matter. The parties may appear telephonically by arranging a one-line conference call and calling chambers at 559-499-5789.

IT IS SO ORDERED.

Dated:   **January 29, 2016**   /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

2

3