BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:11-CV-00304-BAM |
| Plaintiff, | Consolidated with |
| v. | 1:11-CV-01150-LJO-BAM |
| REAL PROPERTY LOCATED AT 6415 NORTH HARRISON AVENUE, FRESNO, FRESNO COUNTY, CALIFORNIA, APN: 407-751-08, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, AND | **FINAL JUDGMENT OF FORFEITURE** |
| 2005 MERCEDES-BENZ E500, LICENSE: 5KRF178, VIN: WDBU70J85A664340, | |
| Defendants. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, the Court finds:

1. This is a civil forfeiture action against real property located at 6415 N. Harrison Avenue, Fresno, California, Fresno County, APN: 407-751-08 (the "Harrison Property"), more fully described as follows:

> Lot 2 of Tract No. 3600, Craycroft Village, according to the map thereof recorded in Volume 42, Page 1 of Plats, Fresno County Records. APN: 407-751-08

and a 2005 Mercedes-Benz E500, License: 5KRF178, VIN: WDBU70J85A664340 (the

"Vehicle," and together with the Harrison Property, collectively, the "Defendant Property").

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on February 22, 2011, alleging that said Defendant Property is subject to forfeiture to the United States of America as being "involved in" money laundering in violation of 18 U.S.C. § 981(a)(1)(A) and as being proceeds of fraud, in violation of 18 U.S.C. § 981(a)(1)(C), (D), and (E).

3. On February 23, 2011, the Harrison Property was posted with a copy of the Complaint and Notice of Complaint.

4. On or about March 15, 2011, copies of the Complaint and related case documents were personally served on Judy Ee at 1055 Escalon Avenue #807, Sunnyvale, CA 94085.

5. Beginning on April 1, 2011, for at least 30 consecutive days, the United States published Notice of Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on May 3, 2011.

6. Bok Hee Ee and Judy Ee (hereafter "Claimants") filed claims on April 11, 2011.  Bank of the West filed a claim on May 5, 2011.

7. No other parties have filed claims or answer in this matter, and the time for which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

8. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

9. That judgment is hereby entered against Claimants, and all other potential claimants who have not filed claims in this action.

10. Upon entry of this Final Judgment of Forfeiture herein, the Vehicle shall be forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(A), to be disposed of according to law.

11. The United States shall immediately abandon its forfeiture action with respect

to the Harrison Property and file its Withdrawal of Lis Pendens within 14 days of entry of this Final Order of Forfeiture.

12. The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the filing of the Complaint, the posting of the Defendant Property with the Complaint and Notice of Complaint, and arrest of the Vehicle. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of the filing of the Complaint and the posting of the defendant property with the Complaint and Notice of Complaint, the arrest of the Vehicle, as well as to those now known or disclosed. Claimants waived the provisions of California Civil Code § 1542.

13. Each party shall bear his or her own costs and attorney's fees.

14. The U.S. District Court for the Eastern District of California, Hon. Anthony W. Ishii, District Judge, or his successor, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

## CERTIFICATE OF REASONABLE CAUSE

15. Based upon the allegations set forth in the Verified Complaint for Forfeiture *In Rem* filed on February 22, 2011, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the posting of the Defendant property, and for the commencement and prosecution of this forfeiture action.

IT IS SO ORDERED.

Dated: **March 21, 2016**        /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE

Final Judgment of Forfeiture

3